IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | Case No.: 26-CR-24 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | DEFENDANT'S MOTION FOR |
| TONY ALAN SPIES, | ) | DOWNWARD VARIANCE AND |
| | ) | SENTENCING MEMORANDUM |
| Defendant. | ) | |

Tony Alan Spies, through counsel, hereby submits the following motion for downward variance and sentencing memorandum.

I. Witnesses

Defendant does not anticipate calling any witnesses at the sentencing hearing.

II. Exhibits

Defendant does not anticipate submitting any exhibits at the sentencing hearing.

III. Issues

There are no disputed issues to be resolved at the sentencing hearing. But the Defendant does respectfully request that the Court vary downward consistent with its decision in *United States v. Harry*, 313 F. Supp. 3d 969, 974 (N.D. Iowa 2018).

FEDERAL DEFENDER'S OFFICE
222 Third Avenue SE, Suite 290
Cedar Rapids, IA 52401-1509
TELEPHONE: (319) 363-9540
TELEFAX: (319) 363-9542

BY: /s/ Christopher J. Nathan
CHRISTOPHER J. NATHAN
christopher_nathan@fd.org

ATTORNEY FOR DEFENDANT

CERTIFICATE OF SERVICE

I hereby certify that on August 26, 2026, I electronically filed this document with the Clerk of Court using the ECF system which will serve it on the appropriate parties.

By: *_/s/ Melissa Dullea_________*